**08 C 758**

**JUDGE MANNING**
**MAGISTRATE JUDGE COX**

# EXHIBIT A

UNIVERSITY PATHOLOGISTS
    Plaintiff

vs.

JEWEL MARSHALL MOSBY
    Defendant

9608577

## AFFIDAVIT

I, __Susan Macionsky__, being first duly sworn upon oath depose and state as follows:

1. That I am the agent in the above captioned matter and I am authorized and qualified to make this Affidavit in support for the judgment against the above named Defendant;

2. That Plaintiff maintains, in the regular course of business, computer records on which entries are made by a person with knowledge of the information therein and/or information transmitted from a person with such knowledge;

3. That after allowing for all offsets and credits, there remains a balance due on this account in the amount of $923.30.

4. That if called upon affiant can testify at trial as to all facts pertaining to this matter.;

FURTHER AFFIANT SAYETH NOT.

                                                                            _Susan Macionsky_

Subscribed and sworn to before me
this _16_ day of _August_, 2007

_Philippa Ciminillo_
NOTARY PUBLIC

PHILIPPA M. CIMINILLO
Notary Public, State of Ohio
My Commission Expires 06-16-2012

07-33992-0
4470-00
9608577