**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

FILED
FEBRUARY 4, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 C 758

In the Matter of                                                          Case Number:

Jewel Marshall-Mosby,
　　　　　on behalf of plaintiff and a class,
v.
Blitt and Gaines, P.C. et al.,
　　　　　defendants.

JUDGE MANNING
MAGISTRATE JUDGE COX

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Jewel Marshall-Mosby.

| | |
|---|---|
| NAME (Type or print) | |
| James O. Latturner | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ James O. Latturner | |
| FIRM | |
| Edelman, Combs, Latturner & Goodwin, LLC | |
| STREET ADDRESS | |
| 120 S. LaSalle St. 18th Floor | |
| CITY/STATE/ZIP | |
| Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 01588095 | (312) 739-4200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |