AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**08 C 758**

SUMMONS IN A CIVIL CASE

Jewel Marshall-Mosby,
    individually and on behalf of a class,

V.

Blitt & Gaines, P.C.; United Collection Bureau, Inc.; and Alexandria Vanek Co., L.P.A.,
    defendants.

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE MANNING
MAGISTRATE JUDGE COX**

TO: (Name and address of Defendant)

United Collection Bureau, Inc.
c/o registered agent, CT Corporation System
208 S. LaSalle St., Suite 814
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle St. 18th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

**(By) DEPUTY CLERK**

**February 5, 2008**
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE Feb. 5, 2008 |
| NAME OF SERVER (PRINT) Megan C. Stewart | TITLE paralegal |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: c/o registered agent: CT Corporation System, 208 S. LaSalle, Ste. 814, Chicago, IL 60604

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL — | SERVICES — | TOTAL $0 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on Feb. 5, 2008          Megan C. Stewart
                Date                    Signature of Server

                                   120 S. LaSalle, Ste. 1800, Chicago, IL 60603
                                   Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.