AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**08 C 758**

SUMMONS IN A CIVIL CASE

Jewel Marshall-Mosby,
    individually and on behalf of a class,

V.

Blitt & Gaines, P.C.; United Collection Bureau, Inc.; and Alexandria Vanek Co., L.P.A.,
    defendants.

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE MANNING**
**MAGISTRATE JUDGE COX**

TO: (Name and address of Defendant)

Alexandria Vanek Co., L.P.A.
5620 Southwyck Blvd., Suite 103
Toledo, OH 43614

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle St. 18th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within   **20**   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_____
(By) DEPUTY CLERK

**February 5, 2008**
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 02-08-2008 |
| NAME OF SERVER (PRINT) Kelly Swartz | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Corporate - Alexandria Vanek Co., CPA c/o Pippa Ciminillo - Secretary on 02-08-2008 @ 1608 Hrs

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  02-08-2008
Date

Signature of Server  *Kelly Swartz*

Address of Server  JGI LLC  1905 River Rd  Maumee, Ohio  43537

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.