AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**08 C 758**

SUMMONS IN A CIVIL CASE

Jewel Marshall-Mosby,
    individually and on behalf of a class,

V.

Blitt & Gaines, P.C.; United Collection Bureau, Inc.; and Alexandria Vanek Co., L.P.A.,
    defendants.

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE MANNING**
**MAGISTRATE JUDGE COX**

TO: (Name and address of Defendant)

Blitt & Gaines, P.C.
661 Glenn Avenue,
Wheeling, Illinois 60090

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle St. 18th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_____
(By) DEPUTY CLERK

February 5, 2008
_____
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
              Date                  Signature of Server

_____
Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Jewel Marshall-Mosby,  )
  )
  )
  )
  Plaintiff,  )
  )
  -Vs-  ) Case Number: 08 C 758
Blitt & Gaines,; P.C., United Collection  )
Bureau, Inc. and Alexandria Vanek Co.,  )
L.P.A.,  )
  Defendants.,  )
  )
  )
  )

**BRINDAC & SON PRIVATE INVESTIGATIONS, AGENCY NUMBER: 117-001178**
**6912 Main Street, Suite 10, Downers Grove, IL. 60516**
**AFFIDAVIT OF SERVICE**

ROBERT W. BRINDAC, JR., a licensed private detective ( License Number 115-001193 ), being first duly sworn on oath, deposes and states that he made service upon **Blitt & Gaines P.C., 661 Glen Avenue, Wheeling, Illinois 60090, on February 13th, 2008, 11:47 a.m.,**

Illinois as follows:

*Personal Service*:   a.____   By leaving a copy of the

*Adobe Sub-Service:* b.____   By leaving a copy of the                                             at the usual place of adobe of each individual with a person of the family of said individual, of the age of thirteen (13) years or upwards, informing that Person of the contents and by sending a copy in a sealed envelope with postage fully prepaid addressed to said individual at his place of adobe;

*Corporate Service*: c.__X__ By leaving a copy of the USDC Summons and Complaint with Fred Blitt, the owner of the business, of the defendant; and that _Blitt is a male white, approximately 45 years of age, 5'8, 190 stocky build with brown hair and dark rimmed metal glasses._

SUBSCRIBED and SWORN to
before me this __14th__ day
of __February__ 20 __08__

_Frances R Brindac_
NOTARY PUBLIC

Robert W. Brindac Jr.

OFFICIAL SEAL
FRANCES R BRINDAC
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/05/09