UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEWEL MARSHALL-MOSBY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) COURT FILE NO. 08 CV 758 |
| BLITT AND GAINES, P.C.; UNITED COLLECTION BUREAU, INC.; and ALEXANDRIA VANECK CO., L.P.A., | ) ) ) Judge Manning ) ) Magistrate Judge Cox |
| Defendants. | ) ) ) |

## MOTION FOR EXTENSION OF TIME

Defendants, UNITED COLLECTION BUREAU, INC. and ALEXANDRIA VANECK CO., L.P.A., by its attorney, Todd P. Stelter, and pursuant to Federal Rule of Civil Procedure 6(b), respectfully request that this court grant a 21 day extension of time, or up until March 25, 2008, to file a responsive pleading to Plaintiff's Complaint, and in support thereof, states as follows:

1.  Plaintiff's Complaint purports to state a claim under the Fair Debt Collection Practices Act against the defendants.

2.  Plaintiff's Complaint was filed on February 4, 2008, and service was recently effectuated on defendants.

3.  Defense counsel was recently retained and requires additional time to perform factual investigation prior to answering or otherwise pleading. This time is not meant for purposes of unnecessary delay and will not prejudice any party in the litigation. This time is necessary to analyze the pleading and prepare the appropriate response.

6287486v1 886156

4. Defense counsel has attempted contact with plaintiff's counsel but has not yet been able to contact him to discuss opposition to this motion as of the time of its filing.

WHEREFORE, defendants respectfully request this court grant an extension of time up to and including March 25, 2008, to file a responsive pleading to Plaintiff's Complaint.

Respectfully submitted,

By: _____s/ Todd P. Stelter_____
One of Its Attorneys

Todd Stelter
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street
Suite 300
Chicago, IL 60601-1081
312-704-3000

6287486v1 886156

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEWEL MARSHALL-MOSBY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) |
| | ) COURT FILE NO. 08 CV 758 |
| BLITT AND GAINES, P.C.; UNITED COLLECTION BUREAU, INC.; and ALEXANDRIA VANECK CO., L.P.A., | ) ) Judge Manning ) ) Magistrate Judge Cox |
| Defendants. | ) ) ) |

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2008, I electronically filed **MOTION FOR EXTENSION OF TIME** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

**Dan Edelman**
dedelman@edcombs.com

Respectfully submitted,

By: s/Todd P. Stelter

Todd P. Stelter
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Ste 300
Chicago, IL 60601
(312) 704-3000

3

6287486v1 886156