UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEWEL MARSHALL-MOSBY, <br><br> Plaintiff, <br><br> v. <br><br> BLITT AND GAINES, P.C.; UNITED COLLECTION BUREAU, INC.; and ALEXANDRIA VANECK CO., L.P.A., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) COURT FILE NO. 08 CV 758 <br> ) <br> ) Judge Manning <br> ) <br> ) Magistrate Judge Cox <br> ) <br> ) <br> ) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendants, UNITED COLLECTION BUREAU, INC. and ALEXANDRIA VANECK CO., L.P.A., by their attorney, Todd P. Stelter, and pursuant to Federal Rule of Civil Procedure 6(b), respectfully request that this court grant an additional 14 day extension of time, or up until April 15, 2008, to file a responsive pleading to Plaintiff's Complaint, and in support thereof, states as follows:

1. Plaintiff's Complaint purports to state a claim under the Fair Debt Collection Practices Act against the defendants.

2. Plaintiff's Complaint was filed on February 4, 2008.

3. On March 3, 2008, this Court granted an initial extension for defendants to answer or otherwise plead until March 25, 2008.

4. Since then, defense counsel and plaintiff's counsel have made progress in discussing settlement in this case. Plaintiff's counsel has requested some additional information from defendants which defendants are currently working to produce. The additional time requested in this motion may resolve this litigation. This time is not meant for purposes of

unnecessary delay and will not prejudice any party in the litigation. This time will be spent furthering settlement negotiations in this matter.

5. Defense counsel has contacted plaintiff's counsel and there is no opposition to this motion.

WHEREFORE, defendants respectfully request this court grant an extension of time up to and including April 15, 2008, to file a responsive pleading to Plaintiff's Complaint.

Respectfully submitted,

By: _____s/ Todd P. Stelter_____
One of Its Attorneys

Todd Stelter
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street
Suite 300
Chicago, IL 60601-1081
312-704-3000

6300523v1 886156

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEWEL MARSHALL-MOSBY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BLITT AND GAINES, P.C.; UNITED )<br>COLLECTION BUREAU, INC.; and )<br>ALEXANDRIA VANECK CO., L.P.A., )<br>)<br>Defendants. )<br>)<br>) | COURT FILE NO. 08 CV 758<br><br>Judge Manning<br><br>Magistrate Judge Cox |

### CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2008, I electronically filed **UNOPPOSED MOTION FOR EXTENSION OF TIME** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

**Dan Edelman**
dedelman@edcombs.com

Respectfully submitted,

By:___s/Todd P. Stelter_____

Todd P. Stelter
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Ste 300
Chicago, IL 60601
(312) 704-3000

4

6300523v1 886156