UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEWEL MARSHALL-MOSBY,<br><br>Plaintiff,<br><br>v.<br><br>BLITT AND GAINES, P.C.; UNITED COLLECTION BUREAU, INC.; and ALEXANDRIA VANECK CO., L.P.A.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) COURT FILE NO. 08 CV 758<br>)<br>) Judge Manning<br>)<br>) Magistrate Judge Cox<br>)<br>)<br>) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on the **1st** day of **April 2008** at **11:00 a.m.**, or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge Manning, or any judge sitting in his/her stead in Courtroom 2125 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and shall then and there present **Defendants' Motion for Extension of Time**, a copy of which is hereby served upon you.

Respectfully submitted,


By:___s/Todd P. Stelter_____

Todd P. Stelter
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Ste 300
Chicago, IL 60601
(312) 704-3000

6300522v1 886156

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEWEL MARSHALL-MOSBY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) COURT FILE NO. 08 CV 758 |
| BLITT AND GAINES, P.C.; UNITED COLLECTION BUREAU, INC.; and ALEXANDRIA VANECK CO., L.P.A., | ) ) Judge Manning ) ) Magistrate Judge Cox |
| Defendants. | ) ) ) |

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2008, I electronically filed **NOTICE OF MOTION FOR EXTENSION OF TIME** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

**Dan Edelman**
dedelman@edcombs.com

Respectfully submitted,

By: ____s/Todd P. Stelter____

Todd P. Stelter
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Ste 300
Chicago, IL 60601
(312) 704-3000

6300522v1 886156