# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| JEWEL MARSHALL-MOSBY, on behalf of plaintiff and the classes described herein, | ) ) ) ) | |
| Plaintiff, | ) ) | 08 C 758 |
| vs. | ) ) ) | Judge Manning<br>Magistrate Judge Cox |
| BLITT AND GAINES, P.C.;<br>UNITED COLLECTION BUREAU, INC.;<br>and ALEXANDRIA VANECK CO., L.P.A., | ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff Jewel Marshall-Mosby hereby dismisses her individual claim against Alexandria Vaneck & Co., LPA without prejudice and the claims of the putative class against Alexandria Vaneck & Co., LPA without prejudice, with each party to bear their own costs and fees. Plaintiff does not dismiss Blitt and Gaines, P.C. or United Collection Bureau, Inc.

Respectfully submitted,

**JEWEL MARSHALL-MOSBY**

By: s/Francis R. Greene
One of Her Attorneys

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle St.-18th Floor
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

I, Francis R. Greene, hereby certify that on April 17, 2008, I filed the foregoing document with the Clerk of the Court using the CM/ECF System which caused to be sent notification of such filing to the following parties via electronic mail:

David M. Schultz
dschultz@hinshawlaw.com

Todd P. Stelter
tstelter@hinshawlaw.com

 

                                                         s/Francis R. Greene
                                                         Francis R. Greene