UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

Jewel Marshall−Mosby
                        Plaintiff,

v.                                               Case No.: 1:08−cv−00758
                                               Honorable Blanche M. Manning

Blitt and Gaines, P.C., et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 21, 2008:

      MINUTE entry before Judge Honorable Blanche M. Manning: On defendant's motion to dismiss[21], response to be filed by 5/13/2008. Reply to be filed by 5/28/2008. Ruling by mail. Status hearing stricken. New dates, as necessary, will be set forth in the ruling.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.