# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 758 | **DATE** | 4/24/2008 |
| **CASE TITLE** | Marshall-Mosby vs. Blitt and Gaines, P.C., et al. | | |

**DOCKET ENTRY TEXT**

There having been filed a voluntary dismissal without prejudice and without costs as to the individual claim and claims of the putative class against Defendant Alexandria Vaneck Co., L.P.A. [24], said defendant's motion to dismiss [21] is moot. Status hearing set for 5/8/2008 at 11:00 AM. as to all other defendants.

Docketing to mail notices.

| | Courtroom Deputy Initials: | rs |
|---|---|---|