IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEWEL MARSHALL-MOSBY, ) | | |
| on behalf of plaintiff and the classes ) | | |
| described herein, ) | | |
| ) | | |
| Plaintiff, ) | | 08 C 758 |
| ) | | |
| vs. ) | | Judge Manning |
| ) | | Magistrate Judge Cox |
| BLITT AND GAINES, P.C.; ) | | |
| UNITED COLLECTION BUREAU, INC.; ) | | |
| ) | | |
| Defendants. ) | | |

**PLAINTIFF'S MOTION FOR ENTRY OF ORDER OF DEFAULT**

Plaintiff Jewel Marshall-Mosby respectfully asks the Court to enter an order holding Defendant Blitt & Gaines, P.C. in default.

In support of this motion, Plaintiff states as follows:

1. On February 13, 2008, Defendant Blitt & Gaines, P.C. was served with the Complaint in this action, with their answer due on or before March 4, 2008 (Exhibit A).

2. As of May 5, 2008, no appearances have been filed by any attorney on behalf of Defendant Blitt & Gaines, P.C.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully asks the Court to enter an order holding Defendant Blitt & Gaines, P.C. in default, and setting the case for a prove-up hearing.

Respectfully submitted,

s/Francis R. Greene
Francis R. Greene

1

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tara L. Goodwin
Francis R. Greene
EDELMAN, COMBS, LATTURNER
    & GOODWIN, L.L.C.
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

      I, Francis R. Greene, hereby certify that on May 6, 2008, I filed the foregoing documents with the Clerk of the Court using the CM/ECF System, which sent notification of such filing to the following parties via electronic mail:

David M. Schultz
dschultz@hinshawlaw.com

Todd P. Stelter
tstelter@hinshawlaw.com

      I further certify that I caused to be served notification of such filing to the following parties via facsimile, US regular and certified mail:

**Blitt & Gaines, P.C**
661 Glenn Avenue
Wheeling, IL 60090
(312) 920-0625

                                             s/Francis R. Greene
                                             Francis R. Greene