# EXHIBIT A

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

**08 C 758**

**SUMMONS IN A CIVIL CASE**

Jewel Marshall-Mosby,
individually and on behalf of a class,

V.

Blitt & Gaines, P.C.; United Collection Bureau, Inc.; and Alexandria Vanek Co., L.P.A.,
defendants.

CASE NUMBER:

ASSIGNED JUDGE: JUDGE MANNING

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE COX

TO: (Name and address of Defendant)

Blitt & Gaines, P.C.
661 Glenn Avenue,
Wheeling, Illinois 60090

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle St. 18th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

(By) DEPUTY CLERK

**February 5, 2008**

Date



AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______________________

______________________________________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______________________

☐ Returned unexecuted: ______________________

______________________________________________

______________________________________________

☐ Other (specify): ______________________

______________________________________________

______________________________________________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______________________ ______________________
Date *Signature of Server*

______________________
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Jewel Marshall-Mosby,

Plaintiff,

-Vs-

Blitt & Gaines,; P.C., United Collection Bureau, Inc. and Alexandria Vanek Co., L.P.A.,

Defendants.,

Case Number: 08 C 758

**BRINDAC & SON PRIVATE INVESTIGATIONS, AGENCY NUMBER: 117-001178**
**6912 Main Street, Suite 10, Downers Grove, IL. 60516**
**AFFIDAVIT OF SERVICE**

ROBERT W. BRINDAC, JR., a licensed private detective ( License Number 115-001193 ), being first duly sworn on oath, deposes and states that he made service upon **Blitt & Gaines P.C., 661 Glen Avenue, Wheeling, Illinois 60090, on February 13th, 2008, 11:47 a.m.,**

Illinois as follows:

*Personal Service*: a.____ By leaving a copy of the

*Adobe Sub-Service:* b.____By leaving a copy of the at the usual place of adobe of each individual with a person of the family of said individual, of the age of thirteen (13) years or upwards, informing that Person of the contents and by sending a copy in a sealed envelope with postage fully prepaid addressed to said individual at his place of adobe;

***Corporate Service*: c.__X__By leaving a copy of the USDC Summons and Complaint with Fred Blitt, the owner of the business,** of the defendant; and that *Blitt is a male white, approximately 45 years of age, 5'8, 190 stocky build with brown hair and dark rimmed metal glasses.*

Robert W. Brindac Jr.

SUBSCRIBED and SWORN to before me this 14th day of February 20 08

Frances R Brindac
NOTARY PUBLIC

OFFICIAL SEAL
FRANCES R BRINDAC
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/05/09

## Service of Process:

1:08-cv-00758 Marshall-Mosby v. Blitt and Gaines, P.C. et al

**United States District Court**

**Northern District of Illinois - CM/ECF LIVE, Ver 3.0**

### Notice of Electronic Filing

The following transaction was entered by Greene, Francis on 2/18/2008 at 3:50 PM CST and filed on 2/18/2008

**Case Name:** Marshall-Mosby v. Blitt and Gaines, P.C. et al
**Case Number:** 1:08-cv-758
**Filer:** Jewel Marshall-Mosby
**Document Number:** 11

**Docket Text:**
SUMMONS Returned Executed by Jewel Marshall-Mosby as to Blitt and Gaines, P.C. on 2/13/2008, answer due 3/4/2008. (Greene, Francis)

**1:08-cv-758 Notice has been electronically mailed to:**

Cathleen M. Combs ccombs@edcombs.com

Daniel A. Edelman courtecl@edcombs.com, dedelman@edcombs.com

Francis Richard Greene fgreene@edcombs.com

James O. Latturner jlatturner@edcombs.com

**1:08-cv-758 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040059490 [Date=2/18/2008] [FileNumber=4482160-0
] [49a7f740b364841ab079724cea8f547ef4b3b994f52f644c87e1db66c97b1ab3790
bf3c8cc11e91343f135379075ce1b2eb1f689f8b8c375e3b140e5729ac2a0]]