**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JEWEL MARSHALL-MOSBY, on behalf of plaintiff and the classes described herein, | ) ) ) ) | |
| Plaintiff, | ) ) | 08 C 758 |
| vs. | ) ) | Judge Manning |
| BLITT AND GAINES, P.C.; UNITED COLLECTION BUREAU, INC.; | ) ) ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

**TO:**   (See attached service list.)

      **PLEASE TAKE NOTICE** that on May 20, 2008 at 11:00 a.m., we will appear before Honorable Judge Manning in room 2125 of the United States District Court, for the Northern District of Illinois, 219 S Dearborn St, Chicago, IL 60604, and present the following: **PLAINTIFF'S MOTION FOR ENTRY OF ORDER OF DEFAULT.**

                                                                             s/Francis R. Greene
                                                                             Francis R. Greene

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
120 South LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

       I, Francis R. Greene, hereby certify that on May 6, 2008, I filed the foregoing documents with the Clerk of the Court using the CM/ECF System, which sent notification of such filing to the following parties via electronic mail:

David M. Schultz
dschultz@hinshawlaw.com

Todd P. Stelter
tstelter@hinshawlaw.com

       I further certify that I caused to be served notification of such filing to the following parties via facsimile, US regular and certified mail:

**Blitt & Gaines, P.C**
661 Glenn Avenue
Wheeling, IL 60090
(312) 920-0625


                                              s/Francis R. Greene
                                              Francis R. Greene