## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Jewel Marshall–Mosby

                                        Plaintiff,

v.                                                      Case No.: 1:08–cv–00758
                                                        Honorable Blanche M. Manning

Blitt and Gaines, P.C., et al.

                                        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 15, 2008:

     MINUTE entry before the Honorable Blanche M. Manning: Motion hearing held on 5/15/2008. Plaintiff's motion for entry of default [28] is withdrawn. Status hearing held on 5/15/2008. Status hearing set for 7/8/2008 at 11:00 AM.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at **www.ilnd.uscourts.gov**.